**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02845-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAN MIGUEL POWER ASSOCIATION, INC.

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    Plaintiff United States of America, through undersigned counsel, and Defendant San Miguel Power Association, through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own fees and costs.

    Respectfully submitted by the parties on July 10, 2019.

| | |
|---|---|
| JASON R. DUNN<br>United States Attorney<br><br>s/ *Jacob Licht-Steenfat*<br>Jacob Licht-Steenfat<br>Katherine A. Ross<br>Assistant United States Attorneys<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone: (303) 454-0100<br>Facsimile: (303) 454-0408<br>Jacob.Licht-Steenfat@usdoj.gov<br>Katherine.Ross@usdoj.gov<br><br>*Attorneys for Plaintiff United States* | *s/ Daniel W. Short*<br>Daniel W. Short<br>Paine Hamblen, LLP<br>717 West Sprague Avenue, Suite 1200<br>Spokane, Washington 99201<br>(509) 455-5189 – Telephone<br>(509) 838-0007 - Facsimile<br>dan.short@painehamblen.com<br><br>*s/ Cash K. Parker*<br>Cash K. Parker<br>Lance G. Eberhart<br>Hall & Evans, LLC<br>1001 Seventeenth Street, Suite 300<br>Denver, Colorado 80202<br>Telephone: (303) 628-3300<br>Facsimile: (303) 628-3368<br>eberhartl@hallevans.com<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Daniel W. Short
Donald G. Stone
*dan.short@painehamblen.com*
*don.stone@painehamblen.com*

Cash K. Parker
Dan Rosenberg
*parkerc@hallevans.com*
*rosenbergd@hallevans.com*

*Attorneys for Defendant*

s/ *Jacob Licht-Steenfat*
Jacob Licht-Steenfat
U.S. Attorney's Office